THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| WILDWOOD CONSULTING, LLC, | : |
| | : |
| PLAINTIFF, | : |
| | : CIVIL ACTION FILE NO. |
| v. | : |
| | : 4:21-CV-00138-LMM |
| ROGERS FINISHING, LLC d/b/a | : |
| ADD BAC, ADD BAC, INC., | : |
| WARREN EDWARD STATEN, and | : |
| JUDY STATEN, | : |
| | : |
| DEFENDANTS. | : |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT

COME NOW Defendants Rogers Finishing, LLC d/b/a Add Bac, Add Bac, Inc., Warren Edward Staten, and Judy Staten, and file this Motion to Dismiss Plaintiff's Verified[1] Complaint ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendants file concurrently herewith, rely upon, and incorporate fully by reference the following:

---

[1] While Plaintiff's initial pleading is styled "Verified Complaint," it does not appear to have been verified.

1

1. Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Verified Complaint, and

2. A proposed Order granting the Motion.

This 16th day of August, 2021.

**COPPEDGE, MICHMERHUIZEN, RAYBURN |**
**Attorneys at Law**

By: /s/ Stephen Michmerhuizen

| | |
|---|---|
| 508 S. Thornton Avenue | WARREN N. COPPEDGE, JR. |
| Dalton, Georgia 30720 | GEORGIA BAR NUMBER: 187300 |
| P: (706) 226-0040 | STEPHEN MICHMERHUIZEN |
| F: (706) 226-0050 | GEORGIA BAR NUMBER: 107109 |
| warren@coppedgefirm.com | ATTORNEYS FOR DEFENDANTS |
| steve@coppedgefirm.com | |

# THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| WILDWOOD CONSULTING, LLC, | : |
| | : |
| PLAINTIFF, | : |
| | : CIVIL ACTION FILE NO. |
| v. | : |
| | : 4:21-CV-00138-LMM |
| ROGERS FINISHING, LLC d/b/a | : |
| ADD BAC, ADD BAC, INC., | : |
| WARREN EDWARD STATEN, and | : |
| JUDY STATEN, | : |
| | : |
| DEFENDANTS. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a copy of the foregoing Defendant's Motion to Dismiss Plaintiff's Verified Complaint by filing the same electronically, with the Clerk of Court using its CM/ECF system, which will automatically provide a copy of the filing to the following attorney of record:

David L. Walker, Jr.
Lawrence O. Anderson
Anthony Cammarata, Jr.
Flint, Connolly & Walker, LLP
131 East Main Street
Canton, Georgia 30114
dwalker@fcwlawfirm.com

This 16th day of August, 2021.

**COPPEDGE, MICHMERHUIZEN, RAYBURN |**
**Attorneys at Law**

By: /s/ Stephen Michmerhuizen

| | |
|---|---|
| 508 S. Thornton Avenue | WARREN N. COPPEDGE, JR. |
| Dalton, Georgia 30720 | GEORGIA BAR NUMBER: 187300 |
| P: (706) 226-0040 | STEPHEN MICHMERHUIZEN |
| F: (706) 226-0050 | GEORGIA BAR NUMBER: 107109 |
| warren@coppedgefirm.com | ATTORNEYS FOR DEFENDANTS |
| steve@coppedgefirm.com | |