THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| WILDWOOD CONSULTING, LLC, | : |
| | : |
| PLAINTIFF, | : |
| | : CIVIL ACTION FILE NO. |
| v. | : |
| | : 4:21-CV-00138-LMM |
| ROGERS FINISHING, LLC d/b/a | : |
| ADD BAC, ADD BAC, INC., | : |
| WARREN EDWARD STATEN, and | : |
| JUDY STATEN, | : |
| | : |
| DEFENDANTS. | : |

## ORDER ON MOTION TO DISMISS

Defendants' Motion to Dismiss, having been read and considered, the same is hereby GRANTED. Plaintiff's Verified Complaint is dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

SO ORDERED, this _____ day of _____20_____.

_____
Judge, United States District Court
Northern District of Georgia, Rome Division