# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| WILDWOOD CONSULTING, LLC, | : |
| PLAINTIFF, | : |
| | : CIVIL ACTION FILE NO. |
| v. | : |
| | : 4:21-CV-00138-LMM |
| ROGERS FINISHING, LLC d/b/a ADD BAC, ADD BAC, INC., WARREN EDWARD STATEN, and JUDY STATEN, | : |
| DEFENDANTS. | : |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

COME NOW Rogers Finishing, LLC d/b/a Add Bac, Add Bac, Inc., Warren Edward Staten, and Judy Staten, by and through undersigned counsel, and file this Motion to Dismiss for Failure to Prosecute ("Motion") pursuant to Federal Rule of Civil Procedure 41(b) and Local Rules 41.3 and 83.1(E)(5). In support of this Motion, Defendants file concurrently herewith, rely upon, and incorporate fully by reference the following:

1. Defendants' Memorandum of Law in Support of Their Motion to Dismiss for Failure to Prosecute, and

2. A proposed Order granting the Motion.

WHEREFORE, Defendants pray for their Motion to be granted.

This 15th day of May, 2023.

                              **COPPEDGE, MICHMERHUIZEN, RAYBURN |**
                              **Attorneys at Law**

                            By: <u>/s/ Stephen Michmerhuizen</u>

508 S. Thornton Avenue         WARREN N. COPPEDGE, JR.
Dalton, Georgia 30720          GEORGIA BAR NUMBER: 187300
P: (706) 226-0040                STEPHEN MICHMERHUIZEN
F: (706) 226-0050                GEORGIA BAR NUMBER: 107109
warren@coppedgefirm.com      ATTORNEYS FOR DEFENDANTS
steve@coppedgefirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a copy of the foregoing Defendants' Motion to Dismiss for Failure to Prosecute by filing the same electronically, with the Clerk of Court using its CM/ECF system, and by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

        Wildwood Consulting, LLC
        1006 Wildwood Crossing
        Williamson, Texas 78633

This 15th day of May, 2023.

**COPPEDGE, MICHMERHUIZEN, RAYBURN |**
**Attorneys at Law**

By: /s/ Stephen Michmerhuizen

| | |
|---|---|
| 508 S. Thornton Avenue | WARREN N. COPPEDGE, JR. |
| Dalton, Georgia 30720 | GEORGIA BAR NUMBER: 187300 |
| P: (706) 226-0040 | STEPHEN MICHMERHUIZEN |
| F: (706) 226-0050 | GEORGIA BAR NUMBER: 107109 |
| warren@coppedgefirm.com | ATTORNEYS FOR DEFENDANTS |
| steve@coppedgefirm.com | |

# CERTIFICATE OF COMPLIANCE

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman 14 point type, in compliance with local rule 5.1.

This 15th day of May, 2023.

**COPPEDGE, MICHMERHUIZEN, RAYBURN |**
**Attorneys at Law**

By: /s/ Stephen Michmerhuizen

| | |
|---|---|
| 508 S. Thornton Avenue | WARREN N. COPPEDGE, JR. |
| Dalton, Georgia 30720 | GEORGIA BAR NUMBER: 187300 |
| P: (706) 226-0040 | STEPHEN MICHMERHUIZEN |
| F: (706) 226-0050 | GEORGIA BAR NUMBER: 107109 |
| warren@coppedgefirm.com | ATTORNEYS FOR DEFENDANTS |
| steve@coppedgefirm.com | |